IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 09-39742-H4 |
| | § | |
| RONALD AGUSTA PHILLIPA and | § | |
| IDA ELIZABETH PHILLIPS | § | |
| Debtors | § | CHAPTER 13 |

### ORDER TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

The Court hereby finds that ownership of certain funds is contested in this case. Those funds are represented by a check, numbered 111683432, drawn by CitiMortgage, Inc. in the amount of $10,508.18 and payable to Mark S. Sanford and Ronald A. and Ida E. Phillips. The Court hereby finds that it is in the best interest of the parties to immediately negotiate that check and hold the funds in the registry of the Court.

Accordingly, it is hereby ORDERED that the payees of the check shall endorse the check, that the check, thus endorsed, be surrendered to the Court and that the funds when paid by the drawee bank be held in the registry of the Court until such time as the Court shall determine that those funds should be disbursed.

It is so ordered.

Judge Presiding

Signed on April _____, 2010.